**Order entered March 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00262-CV

### IN RE: ROBERT T. O'DONNELL, Relator

**Original Proceeding from the 380th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-50667-2013**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. Based on the disposition of the petition for writ of mandamus, we **DENY** relator's emergency motion for stay. We **ORDER** that relator bear the costs of this original proceeding.

/s/    MOLLY FRANCIS
        JUSTICE